# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 22-111 JNE |
| | ) | |
| Plaintiff, | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| | ) | |
| SUZANNE GRIFFITHS, | ) | |
| | ) | |
| Defendant. | | |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Shannon Elkins shall appear as appointed counsel of record for the above named defendant in this case.


Dated:  June 07, 2022

*s/Shannon Elkins*
SHANNON ELKINS
Attorney ID No.  332161
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415