AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Suzanne Griffiths | ) | |
| C/O Shannon R. Elkins; Office of the Federal Defender | ) | Case No. CR 22-111 JNE |
| 300 S. Fourth Street | ) | |
| Suite 107 US Courthouse | ) | |
| Mpls, MN 55415 | ) | |
| *Defendant* | ) | |

**RECEIVED**
JUL 05 2022
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☑ Information  ☐ Superseding Information  ☐ Complaint
☐ Pretrial Violation Petition  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition
☐ Violation Notice  ☐ Order of Court

| Place: Diana E. Murphy United States Courthouse<br>300 South Fourth Street - Suite 202<br>Minneapolis, MN 55415 | Courtroom No.: 12W<br>Before: Judge Joan N. Erickson |
|---|---|
| | Date and Time: 6/28/2022 at 2:00 PM |

This offense is briefly described as follows:

Count 1: 18:1343 WIRE FRAUD
Count 2: 18:1957 MONEY LAUNDERING

SCANNED
JUL 05 2022
U.S. DISTRICT COURT MPLS

Date: 06/07/2022

*M. Fogarty*
*Issuing Officer's signature*

Kate M. Fogarty, Clerk of Court
*Printed name and title*

I declare under penalty of perjury that I have:

☒ Executed and returned this summons     ☐ Returned this summons unexecuted

Date: 06/21/2022

*[signature]*
*Server's signature*

Thomas Knutson / DUSM
*Printed name and title*

Case No. CR 22-111 JNE

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____

Usual place of abode *(if different from residence address)*: _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* 06/07/2022

☐ I personally served the summons on this defendant _____ *(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☒ I delivered a copy of the summons to *(name of individual)* Jan Rangel, Legal Assistant who is authorized to receive service of process on behalf of *(name of organization)* Fed. Def. Office on *(date)* 06/21/2022 ~~and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States~~; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: 06/21/2022

Server's signature

Thomas Knudson / DUSM
Printed name and title

Remarks: